■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v STEVEN G. ALLEYNE, Defendant. [963 NYS2d 877]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County (Naro, J.), rendered October 23, 1987.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Skelos, J.P., Dickerson, Lott and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ARCE, Appellant. [963 NYS2d 877]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Holder, J.), rendered January 26, 2011, convicting him of criminal possession of a weapon in the third degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to present legally sufficient evidence to sustain his conviction of criminal possession of a weapon in the third degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10, 19 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of that crime beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt as to that crime was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Skelos, J.P., Dickerson, Lott and Roman, JJ., concur.